34558. BEAZLEY *et al. v.* DEKALB COUNTY *et al.*

TOWNSEND, J. This court, in a judgment entered in this case (*Beazley* .v. *DeKalb County*, 87 *Ga. App.* 910, 75 S. E. 2d 657), affirmed the judgment of the Superior Court of DeKalb County, and the Supreme Court on certiorari having reversed the judgment of this court (*Beazley* v. *DeKalb County*, 210 *Ga.* 41, 77 S. E. 2d 740), the judgment of affirmance originally rendered by this court is vacated, and the judgment of the trial court is reversed in accordance with the mandate of the Supreme Court.

*Judgment reversed. Gardner, P. J., and Carlisle, J., concur.*

DECIDED OCTOBER 6, 1953.

*W. Harvey Armistead, Robert W. Spears, Wm. G. Grant, Grant, Wiggins, Grizzard & Smith*, for plaintiffs in error.

*Roy Leathers, Solicitor-General, J. A. McCurdy, Dan Mac-Dougald, Jr., MacDougald, Troutman, Sams & Schroder, J. Robin Harris, Eugene Cook, Attorney-General,* contra.

*Tye, Cooper & Bell, Marshall, Greene, Baird & Neely, Heyman & Abram, Alston, Sibley, Miller, Spann & Shackleford, Spalding, Sibley, Troutman & Kelley,* as amici curiae.